UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABDULLAH HAKIM EL-MUMIT (#109229)
A/K/A THOMAS SPARKS

VERSUS                                   CIVIL ACTION

JAMES M. LEBLANC, ET AL                  NUMBER 12-333-JJB-SCR

RULING

Pro se plaintiff, a death row inmate at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Louisiana Department of Public Safety and Corrections Secretary James M. LeBlanc, Warden N. Burl Cain and Assistant Warden Angie Norwood. Plaintiff alleged that mentally ill inmates assigned to his unit throw human waste at other inmates and he is being confined in a cell which has human waste on the walls in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

On June 11, 2012, the plaintiff was granted 21 days from the date of the order to pay the court's filing fee in the amount of $350.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 22nd, 2012.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE